Argued and submitted April 6, reversed and remanded May 4, 2011

In the Matter of the Compensation of
Terri L. Preston, Claimant.

SAIF CORPORATION;
and DCI Holdings, Inc.,
*Petitioners,*

*v.*

Terri L. PRESTON,
*Respondent.*

Workers' Compensation Board
0901227; A144676

256 P3d 160

David L. Runner argued the cause and filed the briefs for petitioners.

Matthew L. Roy and Dunn & Roy filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.